## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BEN CAPP, JR., as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 620 F Street, NW, Suite 700 Washington, DC 20004-1604<br><br>Plaintiffs,<br><br>v.<br><br>TERRAZZO & RESILIENT FLOORS, INC. 4223 Louisville Street, NE Canton, OH 44705<br><br>Defendants. | CASE NO.: 1:06CV02185<br><br>JUDGE REGGIE B. WALTON<br><br>**ANSWER OF DEFENDANT TERRAZZO & RESILIENT FLOORS, INC.** |

Now comes the Defendant, Terrazzo & Resilient Floors, Inc. ("Defendant"), by and through Counsel, and in response to Plaintiff's Complaint, avers as follows:

### ANSWER

1.  Defendant is without sufficient knowledge to form a truth as to the allegations in paragraphs 1, 2 and 3 in the Complaint, and thereby denies same.

2.  Defendant admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

3. Defendant specifically admits that, at certain times in its corporate existence, it employed members of the Union as alleged in paragraph 5 of the Complaint, but denies all remaining allegations in paragraph 5 of the Complaint.

4. Defendant denies the allegations contained in paragraphs 6, 7, 8, 9, 10 and 11 of Plaintiff's Complaint.

**WHEREFORE,** Defendant, Terrazzo & Resilient Floors, Inc. requests the Court to deny Plaintiff's demand for judgment and demands that Plaintiff's Complaint be dismissed with costs to Plaintiff.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to attach the alleged written contract (the alleged collective bargaining agreement) that forms the basis for Plaintiff's cause of action against Defendant.

2. Waiver.

3. Estoppel.

4. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

5. Laches.

6.       This Court lacks personal jurisdiction over Defendant.

                  Respectfully submitted,

                  s/Vivek K. Hatti
                  Vivek K. Hatti (D.D.C. Bar No. 476002)
                  Donald R. McMinn (D.D.C. Bar No. 462894)
                  SPRIGGS & HOLLINGSWORTH
                  1350 I Street, N.W., Ninth Floor
                  Washington, D.C. 20005
                  Tel. 202-898-5800
                  Fax 202-682-1639
                  VHatti@spriggs.com
                  DMcMinn@spriggs.com

                  John C. Ross (Ohio Bar No. 0023201) *(to be admitted pro hac vice)*
                  Joshua S. Berger (Ohio Bar No. 0068478) *(to be admitted pro hac vice)*
                  BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
                  50 S. Main Street - P.O. Box 1500
                  Akron, Ohio 44309
                  Telephone: (330) 376-5300
                  Facsimile: (330) 258-6559
                  Jross@bdblaw.com
                  Jberger@bdblaw.com

                  *Counsel for Defendant Terrazzo & Resilient Floors, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of Defendant was served by electronic court filing this 6th day of February 2007 to:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

*Counsel for Plaintiffs*

s/Vivek K. Hatti
Vivek K. Hatti
