IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Case No. CV 06:2185 (RBW) |
| TERRAZZO & RESILIENT FLOORS, INC., | ) ) ) |
| Defendant. | ) ) |

**JOINT STATEMENT OF THE STATUTORY BASIS
FOR ALL CAUSES OF ACTION, STATEMENT OF THE FACTS OF THE CASE
AND REPORT UNDER LOCAL RULE 16.3**

Statutory Basis For All Causes Of Action

1. This is an action brought by the fiduciaries of the Bricklayers & Trowel Trades International Pension Fund ("IPF") to enforce the terms of the Plan and Trust Agreements adopted by the IPF and the provisions of Section 4301 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1451. Plaintiffs allege that this action arises under the laws of the United States, specifically Section 4301(a)(1) of ERISA, 29 U.S.C. § 1451(a)(1). Pursuant to Section 4301(c) of ERISA, 29 U.S.C. § 1451(c), jurisdiction is therefore conferred on the Court.

2. Plaintiffs aver that the IPF is administered in the District of Columbia and that venue is conferred on this Court pursuant to Section 4301(d) of ERISA, 29 U.S.C. § 1451(d), which provides:

> An action under this section may be brought in the district where the plan is administered or where a defendant resides or does business, and process may be served in any district where a defendant resides, does business or may be found.

2231464.01

## Statement Of The Facts Of The Case

1. This is an action brought by fiduciaries of an ERISA fund to collect alleged employer withdrawal liability (EWL) payments.

2. Plaintiffs assert that Defendant Terrazzo & Resilient Floors, Inc. ("Terrazo) is a building and construction industry employer that has employed members of the International Union of Bricklayers and Allied Craftworkers ("Union") or its affiliates.

3. Plaintiffs assert that Defendant Terrazzo, acting by and through its authorized agents or officers, executed a collective bargaining agreement with the Union.

4. The IPF determined that Terrazzo had withdrawn from the IPF within the meaning of Section 4203(b) of ERISA, 29 U.S.C. § 1383(b), notified Terrazzo of this fact, and demanded payment of the $29,091.00 in EWL assessed pursuant to a schedule of monthly payments.

5. Despite due demand, Defendant, Terrazzo, has not made a single EWL payment according to schedule. Defendant is therefore in default, and the full EWL is due. Section 4219(c)(5) of ERISA, 29 U.S.C. 1399(c)(5).

## Report Under Local Civil Rule 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, the Plaintiffs, John Flynn, et al., and Defendant, Terrazzo & Resilient Floors, Inc., submit the following Joint Report.

1. The parties believe that this case may be resolved by dispositive motion following limited discovery.

2. The parties believe that any other party should be joined or the pleadings amended within 45 days after the issuance of the Court's Scheduling Order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed.

3. The parties do not wish to have this case referred to a Magistrate Judge for all purposes.

4. The parties believe that there is a realistic possibility that the case can be settled.

5. Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures at this time. The parties request that the Court allow alternative dispute resolution at a later date if jointly requested.

6. The parties believe that the case may be resolved by summary judgment. The parties propose the following schedule: Dispositive motions should be filed by May 23, 2007 opposing memoranda should be filed by June 20, 2007; and reply memoranda should be filed by July 6, 2007.

7. The parties wish to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that some discovery will be required and desire until May 18, 2007 for the completion of discovery.

9. The parties do not anticipate the use of expert witnesses in this case.

10. Not applicable.

11. The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12. The parties agree that the date of the Pretrial Conference should be 30 days after dispositive motions are decided.

13. The parties agree that the Court should set a firm trial date at the Pretrial Conference.

2231464.01

14. The parties do not believe that there are other matters appropriate for inclusion in the Scheduling Order.

Respectfully submitted,

Dated: March 3, 2007

By: _____/s/_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
Johnisha Matthews, DC Bar No. 492478
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, N.W.
 Washington, DC 20006
 (202) 420-2234

*Attorneys for Plaintiffs*
John Flynn, et al.

Dated: March 3, 2007

By: _____/s/_____
Vivek K. Hatti D.D.C. Bar No. 476002
Donald R. McMinn, D.D.C. Bar No. 462894
 SPRIGGS & HOLLINGSWORTH
 1350 I Street, N.S., 9th Floor
 Washington, D.C. 20005
 (202) 898-5800

Dated: March 3, 2007

By: _____/s/_____
John C. Ross
Joshua S. Berger
 BUCKINGHAM, DOOLITTLE
 & BURROUGHS, LLP
 50 S. Main Street – P.O. Box 1500
 Akron, OH 44309
 (330) 376-5300

*Attorneys for Defendant*
Terrazzo & Resilient Floors, Inc., et al.

4

2231464.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TERRAZZO & RESILIENT FLOORS, INC., )<br>)<br>Defendant. )<br>) | Case No. CV 06:2185 (RBW) |

## ORDER

Any other parties shall be joined or the pleadings amended within 45 days of the issuance of the Court's scheduling order. Discovery will be permitted until May 18, 2007. Dispositive motions shall be filed by May 23, 2007; memoranda in opposition shall be filed by June 20, 2007; and reply briefs shall be filed by July 6, 2007.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
Reggie B. Walton

2239308.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                       )
                                          )
            Plaintiffs,                   )
                                          )
    v.                                    )  Case No. CV 06:2185 (RBW)
                                          )
TERRAZZO & RESILIENT FLOORS, INC.,        )
                                          )
            Defendant.                    )

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>   Ira R. Mitzner, Esquire
>   Dickstein Shapiro LLP
>   1825 Eye Street, N.W.
>   Washington, DC 20006
>
>   Vivek K. Hatti
>   Donald R. McMinn
>   Spriggs & Hollinsworth
>   1350 I Street, N.W., 9th Floor
>   Washington, DC 20005
>
>   John C. Ross, Esq.
>   Joshua s. Berger
>   Buckingham, Doolittle & Burroughs, LLP
>   50 S. Main Street – P.O. Box 1500
>   Akron, OH 44309