**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN J. FLYNN, et al., ) | CASE NO.: 1:06CV02185 |
| ) | |
| Plaintiffs, ) | JUDGE REGGIE B. WALTON |
| ) | |
| v. ) | |
| ) | |
| TERRAZZO & RESILIENT FLOORS, INC., ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JOHN C. ROSS

Defendant Terrazzo & Resilient Floors, Inc., by and through its counsel, Vivek K. Hatti, Esq., a member in good standing of the Bar of this Court and of the District of Columbia, hereby moves, pursuant to LCvR 83.2, for an Order allowing John C. Ross, Esq., to practice law by admission *pro hac vice* before this Court in this proceeding. The Declaration of John C. Ross, Esq. in support of this Motion is attached hereto in accordance with LCvR 83.2(d).

Counsel for Defendant conferred with counsel for Plaintiffs, Ira Mitzner, Esq., at the April 10, 2007 Initial Scheduling Conference regarding this Motion. Counsel for Plaintiffs stated that he did not oppose this Motion.

2

     For the foregoing reasons, Defendant requests that John C. Ross, Esq. be allowed to practice law by admission *pro hac vice* before this Court in this proceeding.

April 10, 2007                          Respectfully submitted,

                                           /s/ Vivek K. Hatti
                                        Vivek K. Hatti (D.D.C. Bar No. 476002)
                                        Donald R. McMinn (D.D.C. Bar No. 462894)
                                        SPRIGGS & HOLLINGSWORTH
                                        1350 I Street, N.W., Ninth Floor
                                        Washington, D.C. 20005
                                        Tel. 202-898-5800
                                        Fax 202-682-1639
                                        VHatti@spriggs.com
                                        DMcMinn@spriggs.com

                                        *Counsel for Defendant Terrazzo & Resilient Floors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* of Attorney John C. Ross and attached Declaration was served by electronic court filing this 10th day of April 2007 to:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

*Counsel for Plaintiffs*

                                                /s/ Vivek K. Hatti
                                                Vivek K. Hatti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN J. FLYNN, et al., | ) | CASE NO.: 1:06CV02185 |
| | ) | |
| Plaintiffs, | ) | JUDGE REGGIE B. WALTON |
| | ) | |
| v. | ) | |
| | ) | |
| TERRAZZO & RESILIENT FLOORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ATTORNEY JOHN C. ROSS

I, John C. Ross, Esq., do declare upon personal knowledge and under penalty of law that the following is true and correct:

1. I am a resident of the State of Ohio and have firsthand knowledge of all matters stated herein. I am legal counsel to Terrazzo & Resilient Floors, Inc., an Ohio Corporation with offices at 4223 Louisville Rd., N. E., Canton, OH 44705. I respectfully seek admission *pro hac vice* before this Court to associate as co-counsel with Spriggs & Hollingsworth.

2. I am associated with the law firm of Buckingham, Doolittle & Burroughs, LLP, with offices at 4718 Fulton Dr., N.W., Canton, Ohio 44718. My telephone number is (330) 376-5300.

3. I have been admitted to practice law in the following bars: State of Ohio (on November 15, 1982), the United States Court of Appeals for the Sixth Circuit and, the United States District Court for the Northern District of Ohio.

2

      4.      I am in good standing with all of the bars to which I am admitted, and have not been disciplined by any bar.

      5.      I have not been admitted *pro hac vice* in this Court within the last two years.

      6.      I do not engage in the practice of law from an office located in the District of Columbia.

      7.      I shall comply with the Local Rules of this Court.

**FURTHER DECLARANT SAYETH NAUGHT.**

Dated: Canton, Ohio, April 9th, 2007.

                                           /s/ John C. Ross
                                           John C. Ross