**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN J. FLYNN, et al., | ) | CASE NO.: 1:06CV02185 |
| | ) | |
| Plaintiffs, | ) | JUDGE REGGIE B. WALTON |
| | ) | |
| v. | ) | |
| | ) | |
| TERRAZZO & RESILIENT FLOORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO RESCHEDULE THE MAY 21, 2007 STATUS CONFERENCE

The parties in this case, Plaintiffs John J. Flynn, et. al. ("Plaintiffs"), and Defendant Terrazzo & Resilient Floors, Inc. ("Defendant"), by and through their respective counsel, jointly request pursuant to paragraph 9 of the Court's "General Order and Guidelines for Civil Cases (ECF)" of February 7, 2007, that the Status Conference set for Monday, May 21, 2007 at 9:00 AM be rescheduled for good cause, as set forth below.

Tomorrow, Friday, May 18, 2007, Plaintiffs will be serving documents requested by Defendant pursuant to its "First Request for Production of Documents" served April 19, 2007. Given the short time between receiving the documents on Friday and the hearing date on Monday, Defendant will be unable to fully analyze the documents and assess their import to this case. Additional time for Defendant to fully review the documents will allow Defendant to make a decision on how best to proceed in this case.

Accordingly, the parties respectfully request the Court to reschedule the Status Conference. The parties propose that the May 21, 2007 Status Conference be rescheduled on

any one of the following dates:  June 12, June 13, or June 18-21, 2007, at a time convenient for the Court.[1]  A proposed Order is attached for the Court's consideration.

May 17, 2007                              Respectfully submitted,

/s/ Ira R. Mitzner
Ira R. Mitzner (DC Bar No. 184564)
Johnisha Matthews (DC Bar No. 492478)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006-5403
Tel. (202) 420-2200
Fax. (202) 420-2201
mitzneri@dicksteinshapiro.com
matthewsj@dicksteinshapiro.com

*Counsel for Plaintiffs John J. Flynn, et. al*.


 /s/ Vivek K. Hatti
Vivek K. Hatti (D.D.C. Bar No. 476002)
Donald R. McMinn (D.D.C. Bar No. 462894)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
Tel. 202-898-5800
Fax 202-682-1639
VHatti@spriggs.com
DMcMinn@spriggs.com

John C. Ross (*Admitted Pro Hac Vice*)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
4518 Fulton Road, NW, P. O. Box 35548
Canton, OH 44735-5548
Telephone:  (330) 492-8717
Facsimile:  (330) 492-9625
Jross@bdblaw.com

*Counsel for Defendant Terrazzo & Resilient Floors, Inc.*

---

[1] Counsel for Defendant will be out of the country during the period May 26-June 11, 2007 and will not be available, and, accordingly, respectfully requests the Court not to reschedule the Status Conference during that period.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN J. FLYNN, et al., ) | CASE NO.: 1:06CV02185 |
| ) | |
| Plaintiffs, ) | JUDGE REGGIE B. WALTON |
| ) | |
| v. ) | |
| ) | |
| TERRAZZO & RESILIENT FLOORS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court, having considered the parties' Joint Motion To Reschedule The May 21, 2007 Status Conference, and finding good cause, the Court finds that the Joint Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED AND DECREED that the Status Conference originally set for May 21, 2007 at 9:00 AM is reset for _____, 2007 at _____.

SIGNED on this the _____ day of _____, 2007.

_____
JUDGE REGGIE B. WALTON