## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN J. FLYNN, et al., | ) | CASE NO.:  1:06CV02185 |
| | ) | |
| Plaintiffs, | ) | JUDGE REGGIE B. WALTON |
| | ) | |
| v. | ) | |
| | ) | |
| TERRAZZO & RESILIENT FLOORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO RESCHEDULE THE JUNE 26, 2007 STATUS CONFERENCE

The parties in this case, Plaintiffs John J. Flynn, et. al. ("Plaintiffs"), and Defendant Terrazzo & Resilient Floors, Inc. ("Defendant"), by and through their respective counsel, jointly request pursuant to paragraph 9 of the Court's "General Order and Guidelines for Civil Cases (ECF)" of February 7, 2007, that the Status Conference currently set for Tuesday, June 26, 2007 at 11:30 AM be rescheduled for good cause, as set forth below.

The parties have agreed on a settlement of the case.  The parties are preparing and finalizing the documents associated with the settlement, and need additional time to complete this process.  Accordingly, a Status Conference at this time is unnecessary and would be wasteful of resources.

The parties respectfully request the Court to reschedule the Status Conference.  The parties propose that the June 26, 2007 Status Conference be rescheduled for a date after July 10,

2007, at a time convenient for the Court.  A proposed Order is attached for the Court's consideration.

June 22, 2007                              Respectfully submitted,


                                           /s/ Ira R. Mitzner
                                           Ira R. Mitzner (DC Bar No. 184564)
                                           Johnisha Matthews (DC Bar No. 492478)
                                           DICKSTEIN SHAPIRO LLP
                                           1825 Eye Street, N.W.
                                           Washington, DC  20006-5403
                                           Tel. (202) 420-2200
                                           Fax. (202) 420-2201
                                           mitzneri@dicksteinshapiro.com
                                           matthewsj@dicksteinshapiro.com

                                           *Counsel for Plaintiffs John J. Flynn, et. al.*


                                           /s/ Vivek K. Hatti
                                           Vivek K. Hatti (DC Bar No. 476002)
                                           Donald R. McMinn (DC Bar No. 462894)
                                           SPRIGGS & HOLLINGSWORTH
                                           1350 I Street, N.W., Ninth Floor
                                           Washington, D.C. 20005
                                           Tel. 202-898-5800
                                           Fax 202-682-1639
                                           VHatti@spriggs.com
                                           DMcMinn@spriggs.com

                                           John C. Ross (*Admitted Pro Hac Vice*)
                                           BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
                                           4518 Fulton Road, NW, P. O. Box 35548
                                           Canton, OH 44735-5548
                                           Telephone:  (330) 492-8717
                                           Facsimile:  (330) 492-9625
                                           Jross@bdblaw.com

                                           *Counsel for Defendant Terrazzo & Resilient Floors, Inc.*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN J. FLYNN, et al., | ) | CASE NO.:  1:06CV02185 |
| | ) | |
| Plaintiffs, | ) | JUDGE REGGIE B. WALTON |
| | ) | |
| v. | ) | |
| | ) | |
| TERRAZZO & RESILIENT FLOORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court, having considered the parties' Joint Motion To Reschedule The June 26, 2007

Status Conference, and finding good cause, the Court finds that the Joint Motion should be and

hereby is GRANTED.

IT IS THEREFORE ORDERED AND DECREED that the Status Conference originally

set for June 26, 2007 at 11:30 AM is reset for _____, 2007 at _____.

SIGNED on this the _____ day of _____,  2007.


_____
JUDGE REGGIE B.WALTON