IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-2185 (RBW) |
| | ) |
| TERRAZZO & RESILIENT FLOORS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

Plaintiffs having filed a Complaint on December 22, 2006, against Terrazzo & Resilient Floors, Inc. and the Parties having agreed to the entry of a judgment in this action, now upon the consent of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that final judgment in favor of Plaintiffs and against Defendant Terrazzo & Resilient Floors, Inc. is hereby granted and judgment shall be entered as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velarado, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero, and Ben Cap, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ('IPF"), 620 F Street, N.W., Washington, DC 20004, recover from Defendant Terrazzo & Resilient Floors, Inc., 4223 Louisville Street NE, Canton, OH  44705, the sum of $29,091.00.

2276876.01

      2.    That final judgment shall be entered on the docket in the total amount of $29,091.00 in favor of Plaintiffs and against Defendant Terrazzo & Resilient Floors, Inc.

      ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.


Dated: _____, 2007            _____
                                                                                Reggie B. Walton
                                                                                United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., </br></br>        Plaintiffs, </br></br> v. </br></br> TERRAZZO & RESILIENT FLOORS, INC., </br></br>        Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-2185 (RBW) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JUDGMENT

Plaintiffs having filed a Complaint on December 22, 2006, against Terrazzo & Resilient Floors, Inc. and the Parties having agreed to the entry of a judgment in this action, now upon the consent of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that final judgment in favor of Plaintiffs and against Defendant Terrazzo & Resilient Floors, Inc. is hereby granted and judgment shall be entered as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velarado, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero, and Ben Cap, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ('IPF"), 620 F Street, N.W., Washington, DC 20004, recover from Defendant Terrazzo & Resilient Floors, Inc., 4223 Louisville Street NE, Canton, OH 44705, the sum of $29,091.00.

2276876.01

      2.      That final judgment shall be entered on the docket in the total amount of $29,091.00 in favor of Plaintiffs and against Defendant Terrazzo & Resilient Floors, Inc.

      ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2007

                                                        _____
                                                        Reggie B. Walton
                                                        United States District Court Judge