IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
|         Plaintiffs, | ) |
| v. | ) Civil Action No. 06-2185 (RBW) |
| TERRAZZO & RESILIENT FLOORS, INC., | ) |
|         Defendant. | ) |

**JOINT MOTION FOR ENTRY OF JUDGMENT
AND MEMORANDUM IN SUPORT THEREOF**

Plaintiffs and Defendant hereby jointly move this Court to enter Judgment in favor of Plaintiffs and against Defendant in the form attached hereto as Exhibit A.

1. On December 22, 2006, Plaintiffs filed a Complaint against Defendant for employer withdrawal liability under the Multiemployer Pension Plan Amendments Act;

2. On February 6, 2007, Defendant filed and Answer to that Complaint;

3. Counsel for Defendant has informed Plaintiffs that the company does not wish to contest the allegations of the Complaint, and is prepared to stipulate that a Judgment may be entered against it in the sum of $29,091.00, the sum requested in the Complaint. A proposed judgment consistent with that stipulation is attached hereto as Exhibit A.

2286994.01

                                          Respectfully submitted,

Dated: July 11, 2007                    By: _____/s/_____
                                          Ira R. Mitzner, DC Bar No. 184564
                                          Charles V. Mehler III, DC Bar No. 475909
                                          DICKSTEIN SHAPIRO LLP
                                            1825 Eye Street, N.W.
                                            Washington, D.C. 20006-5403
                                            (202) 420-2234

                                          Attorneys for Plaintiffs
                                          John Flynn, et al.

Dated: July 11, 2007                    By: _____/s/_____
                                          Vivek K. Hatti D.D.C. Bar No. 476002
                                          Donald R. McMinn, D.D.C. Bar No. 462894
                                          SPRIGGS & HOLLINGSWORTH
                                            1350 I Street, N.S., 9th Floor
                                            Washington, D.C. 20005
                                            (202) 898-5800

Dated: July 11, 2007.                   By: _____/s/_____
                                          John C. Ross
                                          Joshua S. Berger
                                            BUCKINGHAM, DOOLITTLE
                                            & BURROUGHS, LLP
                                            50 S. Main Street – P.O. Box 1500
                                            Akron, OH 44309
                                            (330) 376-5300

                                          *Attorneys for Defendant*
                                          Terrazzo & Resilient Floors, Inc., et al.

2286994.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TERRAZZO & RESILIENT FLOORS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2185 (RBW) |

## JUDGMENT

Plaintiffs having filed a Complaint on December 22, 2006, against Terrazzo & Resilient Floors, Inc. and the Parties having agreed to the entry of a judgment in this action, now upon the consent of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that final judgment in favor of Plaintiffs and against Defendant Terrazzo & Resilient Floors, Inc. is hereby granted and judgment shall be entered as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velarado, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero, and Ben Cap, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ('IPF"), 620 F Street, N.W., Washington, DC 20004, recover from Defendant Terrazzo & Resilient Floors, Inc., 4223 Louisville Street NE, Canton, OH  44705, the sum of $29,091.00.

2276876.01

      2.    That final judgment shall be entered on the docket in the total amount of $29,091.00 in favor of Plaintiffs and against Defendant Terrazzo & Resilient Floors, Inc.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2007

                                                                            _____
                                                                            Reggie B. Walton
                                                                            United States District Court Judge